UFHEIL CONSTRUCTION COMPANY, INC. v.
ALBERT S. GROSS, *ET AL.*

July 1, 1970. Petition and Cross-Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN SHOEMAKER.

July 1, 1970. Petition for certification denied.

ALLAN R. MC DONALD, *ET AL.* v. COUNTY OF SOMERSET.

July 1, 1970. Petition for certification denied.

DOROTHY PARENTE, *ET AL.*, v. JOSEPH MC GOVERN.

July 1, 1970. Petition for certification denied.

SEABROOK FARMS, INC. v. COMMERCIAL INSURANCE
COMPANY OF NEWARK, NEW JERSEY.

July 1, 1970. Petition for certification denied.

CATHOLIC CHARITIES OF THE DIOCESE OF CAMDEN v.
CITY OF PLEASANTVILLE, *ET AL.*

July 1, 1970. Petition for certification denied. (See 109 *N. J. Super.* 475.)